# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

**v.**

### Senior Airman MATTHEW D. SCHENCK
### United States Air Force

### ACM S32158

### 11 April 2014

Sentence adjudged 29 May 2013 by SPCM convened at Robins Air Force Base, Georgia. Military Judge: Michael J. Coco (sitting alone).

Approved Sentence: Bad-conduct discharge, confinement for 3 months, forfeiture of $1,536.00 pay per month for 9 months, and reduction to E-1.

Appellate Counsel for the Appellant: Major Grover H. Baxley.

Appellate Counsel for the United States: Gerald R. Bruce, Esquire.

Before

ROAN, HARNEY, and MITCHELL
Appellate Military Judges

This opinion is subject to editorial correction before final release.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred. Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000). Accordingly, the approved findings and sentence are AFFIRMED.

FOR THE COURT

STEVEN LUCAS
Clerk of the Court